ENTERED
AUG 13 2004
CLERK, U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
BY _____ DEPUTY

LODGED
JUL 28 2004
CLERK, U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

FILED
AUG 12 2004
CLERK, U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

Priority Send
Enter JS6

DOCKETED ON CM
AUG 13 2004
BY _____ 037

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW BLOUNT, an individual, dba REALHOUND COM,, | CASE NO SACV 02-520-GLT (ANx) |
| Plaintiff, | [Proposed] |
| v | **JUDGMENT BY COURT AFTER JURY TRIAL** |
| COSTAR REALTY INFORMATION, INC, a Delaware corporation, and ANDREW C FLORANCE, an individual, , | |
| Defendants | |

This matter was originally filed on May 2, 2002, in the Superior Court of the State of California, in the County of Orange, and was removed to the United States District Court for the Central District of California, in the Southern Division, pursuant to the provisions of 28 U S C §§ 1441 and 1446, on or about May 30, 2004 Plaintiff Andrew Blount made claims against defendants, CoStar Realty Information, Inc, and Andrew C Florance, for (a) Defamation, (b) Interference with Contractual Relations and Prospective Economic Advantage and (c) Unfair Competition

The matter was called for trial on November 12, 2003, and a jury was sworn and empaneled Trial proceeded on November 12, 13, 14, 18, 19, 20, 21, 24, 25, and December 1 and 2, 2003 On November 25, 2003, the jury returned their first

1 | verdict as follows

2 | "We, the jury, find as follows

3 | 1  Defamation

4 | On the claim of defamation, we find liability against

5 |    COSTAR REALTY INFORMATION, INC     YES

6 |    ANDREW FLORANCE     NO

7 | 2  Contract Interference

8 | On the claim of contract interference

9 |    COSTAR REALTY INFORMATION, INC     NO

10 |    ANDREW FLORANCE     NO

11 | 3  Damages

12 | We assess damages as follows     $255,000

13 | On December 2, 2003, the jury returned their second and final verdict denying

14 | plaintiff's request for punitive damages

15 | Following the jury's verdict, the parties submitted briefs on plaintiff's third

16 | cause of action for unfair competition to be decided by the court  The court heard

17 | closing argument on the third cause of action on February 2, 2002, and thereafter

18 | took the matter under submission

19 | On or about March 10, 2004, defendants timely filed their motion for judgment

20 | as a matter of law, on the grounds that defendant CoStar Realty Information, Inc ,

21 | could not be held liable for defamation as a matter of law because its president and

22 | CEO, Andrew C  Florance, was exonerated by the jury's verdict on this count  After

23 | opposing and reply papers were submitted, the court took the matter under

24 | submission

25 | On July 20, 2004, the court issued its Order Granting Defendants' Motion for

26 | Judgment As A Matter Of Law and Order On Injunction Claim, as follows

27 | "Defendants' motion for judgment as a matter of law in favor of CoStar on the

28 | defamation claim is GRANTED

4843-2914-5856 1     -2-

1  The Court FINDS in favor of Defendants on the
2  unfair competition claim."
3  ORDER FOR ENTRY OF JUDGMENT
4  Therefore, based on the foregoing verdict and rulings by this court,
5  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT plaintiff
6  Andrew Blount, an individual, dba RealHound.com, shall take nothing by this action
7  and judgment is hereby entered in favor of defendants, CoStar Realty Information,
8  Inc., a Delaware corporation, and Andrew C. Florance, an individual, on all counts
9  Defendants shall recover their costs against plaintiff in the amount of
10 $_____
11
12 DATED August 11, 2004
13
14 _____
   Honorable Gary L. Taylor
   United States District Court Judge
15
16
17 Respectfully presented by
18 ESTHER P. HOLM, SBN 140279
   DANIEL T. RUDDEROW, SBN 174258
19 LEWIS BRISBOIS BISGAARD & SMITH LLP
   650 Town Center Drive, Suite 1400
20 Costa Mesa, CA 92626
   Telephone   (714) 545-9200
21 Facsimile   (714) 850-1030
22 DANIEL S. FLOYD, SBN 123819
   WILLIAM E. THOMSON, SBN 187912
23 GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
24 Los Angeles, CA 90071
   Telephone   (213) 229-7000
25 Facsimile   (213) 229-7520
26 Attorneys for Defendants,
   COSTAR REALTY INFORMATION, INC
27 and ANDREW C. FLORANCE
28

4843-2914-5856.1                -3-

# PROOF OF SERVICE

## U S DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA

I am employed in the County of Orange, State of California   I am over the age of 18 and not a party to the within action   My business address is 650 Town Center Drive, Suite 1400, Costa Mesa, California 92626

On July 28, 2004, I served the following document described as: **JUDGMENT BY COURT AFTER JURY TRIAL**, on all interested parties in this action by placing [X] a true copy   [ ] the original thereof enclosed in sealed envelopes addressed as follows

| | |
|---|---|
| Lawrence D  Murray, Esq<br>MURRAY & ASSOCIATES<br>1781 Union Street<br>San Francisco, California 94123 | Associate Attorneys for Plaintiff,<br>ANDREW BLOUNT, an individual,<br>dba REALHOUND COM<br>415 673-0555, 415 928-4084 fax |
| David R  Burtt, Esq<br>Ken Wilson, Esq<br>PERKINS COIE LLP<br>180 Townsend Street, 3rd Floor<br>San Francisco, California 94107 | Attorneys for Plaintiff,<br>ANDREW BLOUNT, an individual,<br>dba REALHOUND COM<br>415 344-7000, 415 344-7050 fax |

[ ]   (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine   Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission

[x]   (BY MAIL, 1013a, 2015 5 C C P )

[ ]   I deposited such envelope in the mail at Costa Mesa, California   The envelope was mailed with postage thereon fully prepaid

[x]   I am readily familiar with the firm's practice for collection and processing correspondence for mailing   Under that practice, this document will be deposited with the U S  Postal Service on this date with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business   I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made

Executed on July 28, 2004, at Costa Mesa, California

_Liz C. Roberts_
Liz C. Roberts

LEWIS BRISBOIS BISGAARD & SMITH LLP
650 TOWN CENTER DRIVE  SUITE 1400
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE (714) 545-9200

4823-6948-6080 1