**FILED**

FEB - 8 2005

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANDREW BLOUNT, d/b/a Realhound.com,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>COSTAR REALTY INFORMATION, INC.,<br>a Delaware corporation; et al.,<br><br>Defendants - Appellees. | No. 04-56627<br><br>D.C. No. CV-02-00520-GLT<br>Central District of California,<br>Santa Ana<br><br>ORDER |



RECEIVED
CLERK, U.S DISTRICT COURT
FEB 10 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorney's fees on appeal.

A certified copy of this order shall serve as the mandate of this court.

A TRUE COPY  2/8/05
ATTEST
CATHY CATTERSON
Clerk of Court
by: _____
    Deputy Clerk
This certification does constitute the mandate of the court.

FOR THE COURT

Peter W. Sherwood
Circuit Mediator

S:\CASES\2004\04-56627\05-02-04-dism.wpd

DOCKETED ON CM
FEB 14 2005
BY _____ 029

177